FILED

02/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0288

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0288

_____

PLANNED PARENTHOOD OF MONTANA, et al.,

*Plaintiffs & Appellees,*

v.

STATE OF MONTANA, et al.,

*Defendants & Appellants.*

_____

ORDER GRANTING AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, SOCIETY FOR MATERNAL-FETAL MEDICINE, AND SOCIETY OF FAMILY PLANNING LEAVE TO APPEAR AS *AMICI CURIAE*

_____

Pursuant to the unopposed motion for leave to file an *amicus* brief in the captioned matter filed by the American College of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, and Society of Family Planning, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and Amici are granted leave to file their *amicus* brief on Wednesday, February 14, 2024.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
February 13 2024